PER CURIAM.
There was no founded suspicion, much less probable cause of wrongdoing to justify the search and seizure involved in this case. See Terry v. Ohio, 392 U.S. 1, 88 S.Ct. 1868, 20 L.Ed.2d 889 (1968); Popple v. State, 626 So.2d 185 (Fla.1993); J.L.H. v. State, 990 So.2d 686 (Fla. 2d DCA 2008); Alvarez v. City of Hialeah, 900 So.2d 761 (Fla. 3d DCA 2005); State v. Taylor, 826 So.2d 399 (Fla. 3d DCA 2002). Because the order denying the defendant’s motion to suppress was therefore erroneous, the conviction is reversed and the cause remanded with direction to discharge the defendant.